**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MMAS RESEARCH LLC,

Plaintiff(s)

v.

SANOFI WINTHROP INDUSTRIE et al.

Defendant(s)

APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)]

Civil Action No. 3:26-cv-13206-RK-JBD

Application is hereby made for a Clerk's Order extending time within which defendant(s) F. Christopher Austin may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on Oct. 28, 2026 ; and
3. Time to Answer, Move or otherwise Reply expires on Nov. 18, 2026.

s/ Amanda L. Bruss
Attorney for Defendant(s)

7550 E. 53rd Pl. #172464
Mailing Address

Denver, CO 80217
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to ______________.
ORDER DATED: ________________

By:____________________________
Deputy Clerk